# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Baron Martin, aka "Convict"<br>YOB: 2004<br>Citizenship: United States | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>24-11950MJ |

Complaint for violation of Title 18, United States Code, §§ 2251(a) and (e); 18 U.S.C. §§ 2261A(2) and (B)(a).

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**COUNT 1:** From June 30, 2022 to the present, in the District of Arizona and elsewhere, the defendant, **Baron Martin, aka "Convict,"** employed, used, persuaded, induced, enticed, or coerced a minor child, to wit: MV1, a person under the age of eighteen, to engage in sexually explicit conduct, as the term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, and was actually transported in interstate commerce, that is, by computer, and which visual depictions include, but are not limited to: 1020399525388619806_1024401057767510096_1024401057159327764_cm-chat-media-video-1ebba7c75-2408-5a50-81f6-0680e13795d5676900.mov, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 2:** From June 30, 2022 to on or about September 2022, in the District of Arizona and elsewhere, the defendant, **Baron Martin, aka "Convict,"** having reached the age of 18, with the intent to kill, injure, harass, or intimidate another person, used the mail, any interactive computer service and electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death or of serious bodily injury and caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, that is: in September 2022, **Martin** engaged in a course of conduct wherein he sent messages via the internet to MV2, a child 13 years of age, and which harassed, intimidated, and placed MV2 in reasonable fear that death or seriously bodily injury would result to MV2's grandmother and/or caused substantial emotional distress to MV2, all in violation of Title 18, United States Code, Sections 2261A(2) and 2261B(a).

**COUNT 3:** From June 30, 2022 to the present, in the District of Arizona and elsewhere, the defendant, **Baron Martin, aka "Convict,"** employed, used, persuaded, induced, enticed, or coerced a minor child, to wit: MV3, a person under the age of eighteen, to engage in sexually explicit conduct, as the term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, and was actually transported in interstate commerce, that is, by computer, and which visual depictions include, but are not limited to: 1018277660176175165_1018281812428071054_1018281810288988291_RPReplay_Final1662847444.mov; 1018277660176175165_1018281812428071054_1018281811064918147_RPReplay_Final1662847444.mov; 1018277660176175165_1018281812428071054_1018281812130283630_RPReplay_Final1662847444.mov, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A.

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>**Brad Kiernan** *Digitally signed by Brad Kiernan Date: 2024.12.06 14:56:52 -07'00'*<br>OFFICIAL TITLE & NAME:<br>Special Agent Brad Kiernan, FBI |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Lynnette C. Kimmins* | DATE<br>December 6, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSAs L. Granoff/C. Duryee

cc: AUSA, USMS, PTS

*United States v. Baron Martin*
*Page 2 of 4 - Complaint*

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Background:
The following paragraphs provide background information for an online network of violent extremists known as "764," the role of the defendant, **Baron Martin, aka "Convict"** (hereinafter Martin), within that network, and **Martin's** production of child pornography and cyberstalking within the network and other similar networks.

"764" is a network of Racially or Ethnically Motivated Violent Extremists who engage in criminal conduct within the United States and engage with other extremists abroad.[1] The 764 network's occult accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work in concert with one another towards a common purpose of destroying civilized society through the corruption and exploitation of youth. The 764 network, individually and as a group, methodically target vulnerable, underage populations across the United States and the globe by using known online social media communications platforms to support the possession, production, and sharing of extreme gore media and child sexual abuse material ("CSAM") with vulnerable, juvenile populations. Members of 764 seek to desensitize young people to violence, breaking down societal norms regarding engaging in violence, and normalizing the possession, production, and sharing of explicit CSAM and gore material to corrupt and groom them towards future violence. Individual victims are targeted through synchronized group chats, as members of 764 will conduct coordinated extortions of teenagers blackmailing the victims to comply with the demands of the group. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings, acts of random violence, suicide, and murder. Historically, members of 764 systematically target underage females, groom them, extort them as a group, and force them to mutilate themselves or others and either film or photograph such activity, at times while streaming it online for the group. The group will then commonly edit compilation photographs or videos of their victims, share these photographs or videos on their social media platforms to gain notoriety among members of the group, and spread fear among their victims all for the purpose of accelerating chaos under the 764 ideology with an aim towards the disruption of society. The group has shifted names over time and spawned known offshoot groups. Although the group moves between social media channels and changes its name, the core members and goals remain consistent and appear under the overarching threat of 764.

Since approximately 2021, **"Convict"** has appeared as a participant in chatrooms related to the online networks 764 and "CVLT." CVLT is a 764-related group in that it is an online network of violent extremists known to coerce minors into producing self-harm content, child sexual abuse material, and other gore media. On multiple occasions, **Martin** has claimed online to be an owner of 764 and CVLT. **Martin** has also admitted online that he is responsible for teaching 764 members how to extort victims and that he was "the catalyst for thousands of extortions" in 764. **Martin** referred to himself as the "king of extortion." In 2023, during an unrelated voluntary interview with the FBI, **Martin** admitted he used the moniker **"Convict"** on Discord and was aware of groups centered around extortion, child pornography, and forced violence upon animals.

In August 2022, the FBI identified a guide that was posted online which instructed users on how to identify, groom, and extort juvenile females. This manual was circulating among individuals associated with 764 and related groups and was credited to **Martin,** as Telegram user "Convict." The manual advised readers to target vulnerable populations such as those struggling with mental health issues, eating disorders or who already self-harm, noting they are susceptible to psychological manipulation. The guide detailed how to groom a female depending on the victim's particular mental health problem. For example, when talking about grooming a female with borderline personality disorder, the guide

---

[1] The FBI Domestic Terrorism Operations Section ("DTOS") is involved in the investigations of the 764 network and related groups throughout the United States. DTOS, among others, provided information relating to the 764 network as set forth herein.

advised users to be affectionate and pretend to care about the female at first, but to slowly neglect and be negative "to outright destroy any sense of care that you built for them." **Martin** explained in the guide that doing this will cause the female to have a "borderline episode" and when that happens, encouraged the reader to "continue to break them down until they seem defeated." Another section of the guide stated, "playing into whatever your victim struggles with will lend you the best results … You can abuse the dopamine receptors by making them associate cutting with your voice, or you telling them what to do while they're masturbating. This will only build further trust and can add possible blackmail if you're looking to extort the victim. Make sure you archive everything they send you to further add to blackmail, and try to get them to trust you enough that they'll give you their address to "come over" and see them in the future. This opens the doorway for doxing[2] and extortion."

Count 1:
In approximately September 2022, **Martin** engaged in a direct message conversation on social media platform Discord with MV1, a victim whom **Martin** knew was a minor. MV1 was 13 years old at the time; **Martin** turned 18 in June 2022. During their conversations, **Martin** requested MV1 to cut for him on numerous occasions and threatened to "leak" photos of her if she did not comply. **Martin** instructed MV1 to cut his name "in every possible place" she could to include her chest, stomach, and thighs. On some occasions, **Martin** directed MV1 to cut certain designs/phrases into her body to include swastikas, satanic symbols, and the phrase "FUCK 12."[3] **Martin** often instructed MV1 to make the cuts as deep as she could. MV1 reported she had complied with **Martin's** demands several times out of fear and sent photos/videos of these cut-signs to him via the internet. At one point in their conversations, **Martin** advised MV1 that he wanted her to use a knife and "fuck yourself. with it. with my name." MV1 asked **Martin** if he wanted her to use the handle of the actual knife and **Martin** said he wanted her to use the blade. MV1 was reluctant to do so but Martin told her she only had to do it one time. Approximately one day later, **Martin** messaged MV1, "you stuck a knife in your cunt bitch." When MV1 replied that **Martin** had no proof, **Martin** sent a three second video that appeared to show an unidentifiable female removing a knife from her vagina: 1020399525388619806_1024401057767510096_1024401057159327764_cm-chat-media-video-1ebba7c75-2408-5a50-81f6-0680e13795d5676900.mov. The word "Convict" was written on the blade of the knife. MV3 responded to this video with, "STOP. DLETW. EW. omg. omg. omg. stop." **Martin** replied with, "cope. gonna be there. forever." Later in their conversation, **Martin** told MV1 he might send the video of her "fucking [herself] with a knife" to another user.

Count 2:
Around approximately September 2022, **Martin** sent threats to MV2, a 13-year-old minor, over Discord. **Martin** sent these threats to MV2 after MV2's boyfriend posted a dox of one of **Martin's** internet girlfriends, also referred to as "egirls." In a Discord direct message conversation with MV2, **Martin** told MV2, "sorry for your grandma." When MV2 responded she was not responsible for the dox, **Martin** admitted that he placed a "hit" under her name and that it was "sad" someone had to get shot because of her. In a separate conversation, Martin explained that the reason he was upset with the dox was because his information was included as well.

In separate direct message conversations, **Martin** solicited others to kill MV2's grandmother. In one message, **Martin** stated, "[MV2's boyfriend] literally just called a hit on his girlfriend by posting that dox. im hitting up someone to kill her grandmother. lmao . i need someone in [state]." In a separate conversation, **Martin** contacted another Discord user and asked:

---

[2] Doxing is a the action or process of publishing private or identifying information about a particular individual on the internet, typically with malicious intent.

[3] "Fuck 12" is a phrase that means "fuck the police."

*United States v. Baron Martin*
*Page 4 of 4 - Complaint*

"know anyone in [state]. thats willing to do kidnappings or shootings…i need someone to tobbz[4] a grandma. Somebody wanted to dox one of my egirls. now I'm getting their grandma merked. it'll send a message. and keep them around to tell the story."

When that user said he found someone to carry out the kidnapping and murder for $3,000, **Martin** agreed to pay the money and sent the address of MV2's grandmother to his accomplice, who indicated he could have "it done soon" and had six people lined up to do the hit. **Martin** messaged multiple people that he was getting MV2's grandmother kidnapped or shot for $3,000 and told one user he paid for MV2's grandmother to be shot rather than kidnapped because it was "easier."

In a separate server chat, **Martin** posted the phone numbers of both MV2 and MV2's grandmother and told the group to contact both numbers. **Martin** also contacted another Discord user and asked him to "groom" MV2 and get "nudes" and/or "any condemning info" of her. In other group chats with MV2, **Martin** told MV2 that he had her personal information including her address and phone numbers and threatened to swat her home or contact her grandmother.

Count 3:
In September 2022, **Martin** sent a direct message to MV3, a minor victim whom he had reason to know was under the age of 18. MV3 was 16 years of age. During their conversation in September 2022, **Martin** told MV3 he angered MV3's boyfriend which caused MV3 to express anxiety and plead with **Martin** to tell her what was going on. In response, **Martin** directed MV3 to cut for him. When MV3 told **Martin** she did not have access to blades because she was at a family member's house to "get clean" from cutting, **Martin** told MV3 to "break some glass off. so unless you want your life ruined hurry up. ill help you when you're useful to me… figure out a way to draw some fucking blood." **Martin** ultimately told MV3 to "scratch yourself with your nails" and to "draw blood." MV3 then appeared to comply with **Martin's** threats as she told him she had ripped skin, and that it burned. MV3 appeared to have sent an image to **Martin** because **Martin** told MV3 to scratch harder because "i want it dripping." When MV3 told **Martin** it was burning, **Martin** told MV3 to pour rubbing alcohol over it. MV3 messaged **Martin** that she did not know if she could record it because she was shaking too much. **Martin** then said, "just pour it over the scratches. other arm. the camera lagged."

In a separate direct message conversation with another Discord user, **Martin** sent three videos of what appeared to be this sadistic abuse of MV3. The videos show MV3 scratching her forearm with her nails, causing the skin to become red and raw, and then pouring rubbing alcohol onto the scratches. In one video, MV3 had a rag inside her mouth and was curled up in apparent pain. The video files **Martin** shared included: 1018277660176175165_1018281812428071054_1018281810288988291_RPReplay_Final1662847444.mov; 1018277660176175165_1018281812428071054_1018281811064918147_RPReplay_Final1662847444.mov; and 1018277660176175165_1018281812428071054_1018281812130283630_RPReplay_Final1662847444.mov.

---

[4] Tobbz is a German national who was a close friend of Bradley Cadenhead, the founder of 764. The group's name "764" corresponds to the first three digits of the zip code of Cadenhead's hometown in Stephenville, TX.